# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3853
_____

MATTHEW HORN,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

October 14, 2019

PER CURIAM.

 AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee; Matthew Horn, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.